Case 3:23-cv-00979-TAD-KDM    Document 1    Filed 07/17/23    Page 1 of 2 PageID #: 1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JUL 17 2023
TONY R. MOORE, CLERK
BY: _____ DEPUTY

3:23-cv-0979

Charlesetta Williams
318 703-1208
7-13-2023

Mark L. Hornsby STE 1167
Tony R. Moore Clerk of Court
United States Attorney Office
Chief Judge Terry A. Doughty
Doughty United Court Judge
Kayla D. McClusky United
States Court Judge Federal
Kidnapping Illegal Williams
Charlesetta HAR 28007308083
MRN 11444374 DOB 12-14-63
OSN. 339778517 Order of positive
Custody 3-28-2023 AC339778517
S-port City Jail Officer D. Ware
their LT Sup. LT. Barry    L. Warren
Newton S-port police Jailor
+ Supervisory Other Locket Administrator
Attempted Second Degree Murder
1544 or 1541 Kings Hwy S-port LA 71103
Held me down + Gave me a shot
Against my will + Draw Blood
Nochibor talk to the Police But
Did not Call Residents University
Park Residents Dr Martin Luther
King Jr Community S-port LA 71107
Williams Charlesetta @ HAR
98200019349 MRN 11444374
DOB 12-14-63 59 yrs Female

Charlesetta Williams
318 703-1208
7-12-2023

CSN 339792494 ACC 339792494
LA Behavior Heat Ocher
Kings Highway S-port LA 71103
Medical Doctor Foote pystric
To Ilegal medication Hal-Dui
Injection 5 mc. medication
I did not suppose to be own
the medication they gave
me medication I suppose
to be own Olanzapine 20 mg
One Residents name I know
of Dr Martin Luther King Jr
Community S-port LA 71107
Janice Knight 2919 Victor St
S-port LA 71107 Cooper Rd
City ordiance may Tom annson
Government Plaza 505 Travis St
S-port LA 71101 Shreveport police
officer Coepal Davis Badge
nm Charde Drinking In public
S. On Her Signuture For S-port
Police Dpt Offense Report For
No State Hospital Ocher Locked
Adm LA Behavior Heath
D. Ware C. Warren C-W-
3-28-2023 5831 Kelsey St
S-port LA 71107